# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| G.A., a minor, by and through her parent, Lara Scott,<br><br>Plaintiff,<br><br>vs.<br><br>Tanque Verde Unified School District,<br><br>Defendant. | Case No.: 4:17-cv-00436-JAS<br><br>**ORDER**<br><br>(Assigned to the Honorable James A. Soto) |

The Court having considered Plaintiff's Motion (Doc. 29) to Modify Case Schedule, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the deadlines are modified as follows:

| | | |
|---|---|---|
| 1. | Plaintiff's Opening Brief | September 21, 2018 |
| 2. | Defendant's Response Brief | November 21, 2018 |
| 3. | Plaintiff's Reply Brief | December 21, 2018 |

Dated this 11th day of September, 2018.

Honorable James A. Soto
United States District Judge