# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GA, a minor child, by and through her parent, Lara Scott, and on her own behalf,<br><br>Plaintiff,<br><br>v.<br><br>Tanque Verde Unified School District,<br><br>Defendant. | No. CV-17-00436-TUC-RCC<br><br>**ORDER** |

    To facilitate a thorough review, **IT IS HEREBY ORDERED** the Plaintiff shall file a copy of the administrative record and the exhibits referenced therein within twenty-one (21) days of the date of this Order. Additionally, Plaintiff shall submit a hard copy, *printed directly from ECF,* to the Court's Chambers. The hard copy shall have each exhibit individually tabbed. Plaintiff can submit the hard copy by leaving it with the Clerk's office for delivery or mailing the records to: Hon. Raner C. Collins, 405 W. Congress St, Suite 5190, Tucson, Arizona 85701.

    Dated this 10th day of July, 2019.

Honorable Raner C. Collins
Senior United States District Judge