# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Arizona**

U.S. District Court case number: **4:17-cv-00436-RCC**

Date case was first filed in U.S. District Court: **9/1/2017**

Date of judgment or order you are appealing: **9/23/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

GA, a minor child, by and through her parent, Lara Scott, and on her own behalf

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

5055 North 12th Street, Suite 101

City: **Phoenix**   State: **AZ**   Zip Code: **85014**

Prisoner Inmate or A Number (if applicable):

Signature: **s/Sean A. Woods**   Date: **10/23/2019**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                          Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> GA, a minor child, by and through her parent, Lara Scott, and on her own behalf

Name(s) of counsel (if any):

> Sean A. Woods; Robert T. Mills

Address: 5055 N. 12th St, Suite 101, Phoenix, AZ 85014
Telephone number(s): 480.999.4556
Email(s): swoods@millsandwoods.com; docket@millsandwoods.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Tanque Verde Unified School District

Name(s) of counsel (if any):

> Denise M. Bainton; Sesaly O. Stamps

Address: 2525 E. Broadway Blvd, Ste 200
Telephone number(s): 520.322.5000
Email(s): dbainton@dmyl.com; sstamps@dmyl.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                               *New 12/01/2018*